# Court of Appeals
# of the State of Georgia

ATLANTA, May 20, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1933. KEVIN D. WILKINS v. THE STATE.**

Kevin D. Wilkins, who has been charged with burglary and other crimes, is in jail while awaiting trial. His attorney filed a motion for bond, which the trial court denied. Wilkins then filed a pro se notice of appeal. Pretermitting whether Wilkins is entitled to file a pro se notice of appeal while represented by counsel, we lack jurisdiction.

Appeals generally may be taken from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below[.]" OCGA § 5-6-34 (a) (1) (B). Here, the order Wilkins seeks to appeal is not a final judgment as the case remains pending in the trial court. Consequently, he was required to use the interlocutory appeal procedure — including obtaining a timely certificate of immediate review from the trial court — in order to appeal. See OCGA § 5-6-34 (b); *Mullinax v. State*, 271 Ga. 112, 112 (1) (515 SE2d 839) (1999). Wilkins' failure to comply with the interlocutory appeal procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 05/20/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*